■ ABRO HARDWARE CORP. v. MARTIN J. MORAN, as Grand Knight of St. Joseph's Council, Knights of Columbus.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Botein, P. J., Breitel, Valente, Stevens and Steuer, JJ.

■ JOSEPH WEISS v. ROSE W. GOLDSLEGER.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ ROSE W. GOLDSLEGER v. JOSEPH WEISS.— Motion for reargument or for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ LEWIS S. ROSENSTIEL v. SUSAN L. ROSENSTIEL.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ NEDERLANDSCHE HANDEL-MAATSCHAPPIJ N. V. et al. v. JULIUS SCHREIBER.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Eager and Steuer, JJ.

■ INDEMNITY INSURANCE COMPANY OF NORTH AMERICA v. MORRIS J. ROSNER.— Motion for reargument denied but motion for leave to appeal to the Court of Appeals granted. Settle order on notice. Concur — Botein, P. J., Breitel, Rabin, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. JOHN W. BROUNSKY.— Motion for leave to prosecute as a poor person denied on the ground that section 517 of the Code of Criminal Procedure does not authorize an appeal from an order denying an application for a lie detector test. Concur — Botein, P. J., Rabin, Stevens, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. ANTHONY TRIMBOLI.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. Concur — Breitel, J. P., Rabin, Valente, Eager and Steuer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. THOMAS HERRMANN.— Motion for leave to appeal as a poor person dismissed since the appeal has abated by reason of the death of the defendant on October 5, 1962, as appears by a letter dated October 8, 1962 received from the Warden of Clinton Prison. Concur — Botein, P. J., Breitel, Valente, McNally and Eager, JJ.

■ MORTIMER J. WOLFORD v. IRENE W. HASKINS.— Motion to dispense with printing and for other relief granted to the extent of continuing the stay contained in the order of this court, entered on October 23, 1962, pending the hearing and determination of the appeals, on condition that the appellants procure the record on appeal and appellants' points to be served and filed on or before November 21, 1962, with notice of argument for December 4, 1962, said appeals to be argued or submitted when reached. Respondent's points are to be served and filed on or before November 29, 1962. That branch of the motion seeking leave to dispense with the printing in the record on appeal of the exhibits is granted on condition that six copies of each exhibit are filed with this court on or before November 21, 1962. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ In the Matter of ANITA G. MULLER v. MORTON MULLER.— Motion for leave to appeal denied. Motion to dismiss appeal granted. Concur — Breitel, J. P., Valente, Stevens, Steuer and Bergan, JJ.

■ AMERICAN OIL COMPANY v. TEXACO, INC., et al.— Motion for a stay denied. Motion for an order placing appeals on the November 20, 1962 Non-Enumerated Calendar of this court denied. Concur — Rabin, J. P., Valente, Stevens, Eager and Bergan, JJ.